UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SAFWAY SERVICES, LLC AND SAFWAY SERVICES, LLC | CIVIL ACTION |
| VERSUS | NO: 11-02347-EEF-SS |
| BENETECH, LLC, et al | |

## ORDER

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Rec. doc. 12)

**GRANTED**

The plaintiff, Safway Services, LLC, seeks leave to file its first its first amended complaint. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing of the motion. No memorandum in opposition to the motion for leave to file first amended complaint set for submission on November 9, 2011 was timely submitted. This motion is unopposed, and it appearing that the motion has merit,

IT IS ORDERED that Safway Services, LLC's motion for leave to file first amended complaint (Rec. doc. 12) is GRANTED.[1]

New Orleans, Louisiana, this 15th day of November, 2011.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.